**Order entered November 1, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00966-CV

**BAYLOR SCOTT & WHITE HEALTH, ET AL., Appellants**

**V.**

**PATRICK ROUGHNEEN, M.D., ET AL., Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14053**

## ORDER

Before the Court is appellants' October 31, 2018 unopposed motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **November 15, 2018**.

/s/    ADA BROWN
        JUSTICE